1126

No. 99–7258.  MARCINKOWSKY v. UNION CARBIDE CORP.  C. A. 4th Cir.  Certiorari denied.

No. 99–7259.  LOPEZ-GONZALEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–7260.  LOGAN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–7267.  ALBERS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–7271.  BOWLING v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–7272.  BRYANT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–7273.  CHESNEL v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 99–7278.  COOK v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–7279.  RAPOSO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–7280.  ROGERS v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 99–7285.  LERRO v. BOARD OF REVIEW, DEPARTMENT OF LABOR, ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 99–7286.  KOST v. FANELLO, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 99–7287.  MCDONALD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–7289.  NEWMAN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–7292.  CASTELLON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–7294.  SAWYER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.